## `IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **United States of America** | * | |
| **v.** | * | **Criminal Case No.  WDQ-12-0494** |
| **Douglas Allan Kuber** | * | |
| | ****** | |

## REGULAR SENTENCING ORDER

(1)     On or before _ November 20, 2012 _ *(not more than 40 days from the date of this order)*, the Probation Officer shall serve two copies of the presentence report upon counsel for the Defendant, who shall review the report with and, provide one of the copies to, the Defendant. The Probation Officer shall also serve one copy of the presentence report upon counsel for the Government.

(2)     On or before _ December 4, 2012 _ *(not less than 14 days from date in paragraph 1)*, counsel shall submit, in writing, to the Probation Officer and opposing counsel, any objections to any material information, sentencing classifications, advisory sentencing guideline ranges, or policy statements contained in or omitted from the report.

(3)     After receiving counsel's objections, the Probation Officer shall conduct any necessary further investigation and may require counsel for both parties to meet with the Probation Officer to discuss unresolved factual and legal issues.  The Probation Officer shall make any revisions to the presentence report deemed proper, and, in the event that any objections made by counsel remain unresolved, the Probation Officer shall prepare an addendum setting forth those objections and any comment thereon.

(4)     On or before _ December 17, 2012 _ *(not less than 11 days from date in paragraph 2)*, the Probation Officer shall serve two copies of any revisions and addendum to the presentence report upon counsel for the Defendant, who shall provide one of the copies to the Defendant.

Sentencing Guidelines Order - Regular (Rev. 06/2010)

1

The Probation Officer shall also serve one copy of any revision and addendum to the presentence report upon counsel for the Government. The Probation Officer shall then submit the report (and any revisions and addendum thereto) to the Court.

(5)    If counsel for either party intends to call any witnesses at the sentencing hearing, counsel shall submit, in writing, to the Court and opposing counsel, on or before **January 22, 2013** *(not less than 14 days before sentencing)*, a statement containing (a) the names of the witnesses, (b) a synopsis of their anticipated testimony, and (c) an estimate of the anticipated length of the hearing.

(6)    Sentencing memoranda are not required unless a party intends to request a sentence outside the advisory guidelines range on the basis of a non-guideline factor. If submitted, they shall be filed with the Clerk and a copy delivered to chambers on or before **January 22, 2013**  *(not less than 14 days before sentencing)*. Opposing or responding memoranda are not required. If submitted, they shall be delivered to chambers on or before **January 29, 2013** *(not less than 7 days before sentencing)*. Copies of all memoranda must be sent to the Probation Officer.

(7)    Sentencing shall be on __**Tuesday February 5, 2013**__ at __1:00 PM__.

(8)    The presentence report, any revisions, and any proposed findings made by the Probation Officer in the addendum to the report shall constitute the tentative findings of the Court under section 6A1.3 of the sentencing guidelines. In resolving disputed issues of fact, the Court may consider any reliable information presented by the Probation Officer, the Defendant, or the Government, and the Court may issue its own tentative or final findings at any time before or during the sentencing hearing.

(9)    Nothing in this Order requires the disclosure of any portions of the presentence report that are not discloseable under Federal Rules of Criminal Procedure 32.

Sentencing Guidelines Order - Regular (Rev. 06/2010)

(10)    The dates of service set forth in this Order refer to the date of receipt of the paper being served.  If the Probation Officer or counsel are making service of a paper by mail, they must mail the paper at least three days before the date set forth in the Order.


_____October 11, 2012_____
Date

_____
William D. Quarles, Jr.
UNITED STATES DISTRICT JUDGE