# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

UNITED STATES OF AMERICA        :

      v.                    :        **CRIMINAL NO. WDQ-12-0494**

DOUGLAS ALLAN KUBER        :

...oooOooo...

## CONSENT ORDER OF FORFEITURE

WHEREAS, the defendant, Douglas Allan Kuber, pled guilty pursuant to a written plea agreement to a single count of the Information, charging him with conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349;

WHEREAS, pursuant to his plea agreement, the defendant agreed to forfeit to the United States $142,541,394 ("the Subject Property") representing the proceeds of his offense;

WHEREAS, the defendant has agreed that the forfeiture order may take the form of a personal money judgment; and

WHEREAS, the defendant agrees to waive the provisions of the Federal Rules of Criminal Procedure 32.2, and 43(a) with respect to notice in the Information that the government will seek forfeiture as part of any sentence in this case, and agreed that entry of this order shall be made a part of the sentence and be included in the judgment in this case without further order of the Court;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1

1.      Pursuant 18 U.S.C. § 982(a)(2); 28 U.S.C. § 2461(c), 18 U.S.C. § 3554, and Rule 32.2(b)(1), Federal Rules of Criminal Procedure, the defendant shall forfeit the Subject Property to the United States.

2.      Upon the entry of this Order,  in accordance with Fed.R.Crim.P. 32.2(b)(3), the Attorney General (or a designee) is authorized to seize the Subject Property, and to conduct any discovery that may assist in identifying, locating or disposing of the Subject Property, any property traceable thereto, or any property that may be forfeited as substitute assets.

3.      Upon entry of this Order, the Attorney General (or a designee) is authorized to commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this Order.  No such notice or ancillary proceeding is necessary to the extent that this Order consists solely as a judgment for a sum of money. *See* Rule 32.2(c)(1).

4.      Pursuant to Fed. R. Criminal. P. 32.2(b)(4), this Consent Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.  This Order shall become the Final Order of Forfeiture as provided by Fed. R. Criminal. P. 32.2(c)(2).

5.      As issued this date, this Order consists solely of a judgment for a sum of money for which the Defendant shall remain personally liable until the judgment is satisfied.  The Court shall retain jurisdiction, however, to enforce this Order, and to amend it as necessary, pursuant to Fed.R.Crim.P. 32.2(e), if the Government locates other assets subject to forfeiture as substitute assets pursuant to 21 U.S.C. § § 853(p).

6.      In accordance with the plea agreement, the value of any funds or assets forfeited pursuant to this Order shall reduce the amount of restitution due from the Defendant.

2

7.     The Clerk of the Court shall forward four certified copies of this order to Assistant

U.S. Attorney Martin J. Clarke, U.S. Attorney's Office, Fourth Floor, 36 South Charles Street,

Baltimore, MD 21201.

Date: _10/4/12_

_____
William D. Quarles
United States District Judge


WE ASK FOR THIS:

_____
Martin J. Clarke
Assistant United States Attorney

_10/11/12_
Date

_____
Douglas Allan Kuber
Defendant

_10/11/12_
Date

_____
Michael Bachner, Esq.
Attorney for the Defendant

_10/11/12_
Date

3