FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

2012 OCT 11  PH 1: 58

CLERKS OFFICE

UNITED STATES OF AMERICA,                    *

                              *

                    vs.        BY_____ DEPUTY         *      Case No. UWDQ-12-0494

                              *

Douglas Kober              ******

**ENTRY OF APPEARANCE IN A CRIMINAL CASE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for the defendant, _Douglas Kober_ I

certify that: [check and complete one that applies]

☐    I am admitted to practice in this Court, and my bar number is _____.

☑    I am a member in good standing of the bar of the highest state court of _NY_.

and am familiar with the Federal Rules of Criminal Procedure, the Federal Rules of Evidence,

the Federal Rules of Appellate Procedure and the Local Rules of this Court.

_10/11/12_
Date

Signature of Counsel

_Michael Bachner_
Print Name

_39 Broadway_
Firm Address

_Suite 1610_
Address

_NY NY 10006_
City/State/Zip

_212 344 7778_
Phone No.

_212 344 7774_
Fax No.

_MB@BACHNERFIRM.com_
Email Address

Please select your designation:

☐ CJA        ☑ Retained        ☐ Public Defender        ☐ Pro Bono

** NOTE: Appearance of counsel may be withdrawn only with leave of Court. See Local Rule
        201.3. Such leave is liberally granted if sought within 14 days of the defendant's
        initial appearance in this Court.

Entry of Appearance – Criminal (Rev. 02/2011)