# BACHNER & ASSOCIATES, P.C.
### ATTORNEYS AT LAW
39 BROADWAY
SUITE 1610
NEW YORK, NEW YORK 10006

TELEPHONE: (212) 344-7778
FACSIMILE: (212) 344-7774

www.bhlawfirm.com
www.bachnerlaw.com

MICHAEL F. BACHNER*
SCOTT J. SPLITTGERBER**
HOWARD WEINER***

*ALSO ADMITTED IN NJ
**ALSO ADMITTED IN ILLINOIS
***ALSO ADMITTED IN

NEW JERSEY OFFICE
175 FAIRFIELD AVENUE
SUITE 3D
WEST CALDWELL, N.J. 07006
TEL: (973) 403-9550

"APPROVED"

December 4, 2012

_____
William D. Quarles, Jr.
United States District Judge

**TO BE FILED UNDER SEAL**
**VIA FACSIMILE (410-962-0868)**
Hon. William D. Quarles
US District Court Judge
District of Maryland
101 West Lombard Street
Baltimore, MD 21201

Re: USA v. Douglas Alan Kuber (1:12-Cr-00494-WDQ-SEALED)

Dear Judge Quarles:

My office represents the defendant, Douglas Kuber, in regards to the above-entitled matter. I am writing with the consent of AUSA Martin Clarke and Pre-trial Services Officer Irma Dasovic to respectfully request that Mr. Kuber be permitted to travel to Cancun, Mexico from December 24 through December 31, 2012. Mr. Kuber, an attorney, has been asked by a physician/friend, Dr. Ronald Israeli, a highly respected urologist, to speak to doctors about various legal issues related to their practices. Dr. Israeli owns a time share in Cancun and has asked Mr. Kuber to stay with him free of charge to meet and to facilitate these speaking engagements. Part of the trip will be for pleasure as well.

I am informed by PO Dasovic that Probation will agree to return Mr. Kuber's passport to him via mail if directed by your Honor to do so. Since Mr. Kuber resides in New Jersey, mail delivery would be appreciated. I have enclosed a proposed Order for the Court's signature.

Last, I respectfully remind the Court that this matter is under seal with no ECF filing.

Respectfully submitted,

Michael F. Bachner

Cc: AUSA Marty Clarke (via email)
    PO Irma Dasovic (via email)

UNITED STATES DISRICT COURT
DISTRICT OF MARYLAND

-----

UNITED STATES OF AMERICA,

-against-

DOUGLAS ALAN KUBER

ORDER
UNDER SEAL 12 Cr. 494 (WDQ-SEALED)

-----

It is hereby Ordered, with the consent of AUSA Martin Clarke and Pre-trial Services Officer Irma Dasovic, that the

a. defendant, Douglas Alan Kuber, shall be permitted to travel to Cancun, Mexico from December 24-31, 2012

b. defendant's passport shall be mailed to the defendant's attorney;

c. defendant's passport shall be given to his counsel immediately upon defendant's return from Mexico, and mailed back promptly to Probation by his counsel.

d. all other bail conditions not inconsistent with this Order shall remain in full effect.

SO ORDERED:

_____ 12/5/12

Hon. William D. Quarles
US District Court Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2012 DEC -5 A 11:25
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY